**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 09-cv-2728 PJS/RLE**

| | |
|---|---|
| Mary Miller,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>CSC Credit Services Inc., and LexisNexis<br>Risk & Information Analytics Group Inc.,<br><br>　　　　　　　Defendants. | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

**PLEASE TAKE NOTICE** that I, Thomas J. Lyons, Jr., Esq. of the Consumer Justice Center, P.A. is hereby formally withdrawing from representing the Plaintiff in the above-entitled matter. Trista Roy, Esq. from the Consumer Justice Center P.A. and Thomas J. Lyons from Lyons Law Firm P.A. will continue to serve as Plaintiff's counsel.

This <u>4th</u> day of March, 2010.　　　　　/s Thomas J. Lyons Jr.
　　　　　　　　　　　　　　　　　　　　**CONSUMER JUSTICE CENTER, P.A.**
　　　　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. #0249646
　　　　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　　　　　　　Telephone: (651) 770-9707
　　　　　　　　　　　　　　　　　　　　Facsimile: (651) 704-0907
　　　　　　　　　　　　　　　　　　　　tommycjc@aol.com